```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DELOS CRUISE VENTURES II LLC, ET AL.,

           Plaintiff,

- against -

DELTA CORP SHIP MANAGEMENT DMCCO,

           Defendant.

23-cv-11131 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on the motion to serve on **February 9, 2024**, at **11:00 a.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           February 6, 2024

_____
John G. Koeltl
United States District Judge