```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DELOS CRUISE VENTURES II LLC, ET AL.,

        Plaintiff,

- against -

DELTA CORP SHIP MANAGEMENT DMCCO,

        Defendant.

23-cv-11131 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff should provide the Court with a letter by **February 14, 2024,** explaining why the complaint, ECF No. 1, should not be dismissed without prejudice for failure to allege personal jurisdiction and venue.

SO ORDERED.

Dated:   New York, New York
       February 9, 2024

                             /s/ John G. Koeltl
                              John G. Koeltl
                           United States District Judge