```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DELOS CRUISE VENTURES II LLC, ET AL.,

                Plaintiffs,

    - against -

DELTA CORP SHIP MANAGEMENT DMCCO,

               Defendant.

23-cv-11131 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3) because the Complaint, ECF No. 1, fails to allege plausibly that there is personal jurisdiction over the defendant or venue in this District. The Complaint fails to allege facts showing general or specific personal jurisdiction over the defendant and fails to allege any plausible factual basis for venue in this District. At a conference on February 9, 2024, the Court gave the plaintiffs the opportunity to attempt to correct these defects or to explain why there was personal jurisdiction over the defendant or venue in this District, ECF No. 12, but the plaintiffs declined to do so, ECF No. 13. Therefore, this case is dismissed without prejudice. The Clerk is directed to close this case and to close any pending motions.

SO ORDERED.

Dated:    New York, New York  
            February 16, 2024

                                                   John G. Koeltl  
                                             United States District Judge